MILLER, Respondent, vs. MELIN, Defendant: BARGER and others, Appellants.

For the appellants: *Geo. W. Taylor* of Kenosha.
For the respondent: *Olwell & Brady* of Milwaukee.

*By the Court.*—Orders affirmed.

DIEK, by Guardian *ad litem,* and another, Appellants, vs. PRIES and others, Respondents.

For the appellants: *Rubin, Zabel & Ruppa,* attorneys, of Milwaukee, and *Martin, Clifford, Dilweg & Delaney* of counsel of Green Bay.

For the respondents: *North, Bie, Duquaine, Welsh & Trowbridge* of Green Bay.

*By the Court.*—Judgment affirmed.

RUNNGREN and wife, Respondents, vs. BERG and another, Appellants.

For the appellants: *John H. Sweberg* and *Earl A. Korth,* both of Rhinelander, and *Genrich & Genrich* of Wausau, attorneys, and *Miles Lambert* of Wausau of counsel.

For the respondents: *O'Melia & Kaye* of Rhinelander.

*By the Court.*—Judgment affirmed.